# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALLEGOS, | NO. EDCV 12-00547-GW (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| R. TRONCOSO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 19, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE